Robert D. HAUGHIE, Petitioner–Appellant,

v.

State of MARYLAND, Respondent–Appellee.

No. 02–6026.

United States Court of Appeals, Fourth Circuit.

Submitted June 17, 2002.

Decided July 18, 2002.

Robert D. Haughie, Appellant Pro Se. John Joseph Curran, Jr. Attorney General, Ann Norman Bosse, Mary Ann Rapp Ince, Office of the Attorney General of Maryland, Baltimore Maryland, for Appellee.

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Robert D. Haughie seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Haughie v. State of Maryland,* No. CA–99–379–AW (D.Md. Aug. 28, 2001).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*